NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000701
12-APR-2012
07:55 AM

NO. CAAP-11-0000701

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WILLIAM A. CORNELIO, III, Petitioner-Appellant, v.
STATE OF HAWAIʻI, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(S.P.P. NO. 07-1-002(2)
CR. NO. 94-0590(2))

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon review of the record, it appears that:

(1) Petitioner-Appellant William A. Cornelio, III, (Appellant) filed a notice of appeal on September 23, 2011; (2) on November 22, 2011, the appellate clerk filed the record on appeal and informed Appellant that the jurisdictional statement was due on December 2, 2011 and the opening brief was due on January 3, 2012; (3) Appellant did not file either document; (4) on March 20, 2012, the appellate clerk informed Appellant that: (a) the time to file the jurisdictional statement and the opening brief had expired; (b) the matter would be called to the

attention of the court on March 30, 2012; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; (5) the default notice was mailed to Appellant at the only address Appellant provided to the court; (6) on March 26, 2012, the notice was returned marked **NOT HERE** and **UNABLE TO FORWARD**; and (7) apart from filing a notice of appeal, Appellant failed to take any steps to prosecute this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, April 12, 2012.

Presiding Judge

Associate Judge

Associate Judge